UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.: 5:18-cv-01057-MWF-MAA        Date: September 30, 2020

Title: Jonathan McDowell v. Warden W.L. Montgomery

---

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| James Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:      Attorneys Present for Defendants:
N/A      N/A

**Proceedings (In Chambers):**     Order to Show Cause re: Petitioner's Failure to File Status Report

       On July 8, 2020, the Court issued an order imposing a stay in light of the global COVID-19 pandemic, until Petitioner advises the Court that the California Department of Corrections and Rehabilitation ("CDCR") has eased restrictions such that Petitioner is able to resume litigation of this case ("Order"). (Or., ECF No. 36.) In imposing the stay, the Court ordered Petitioner to file bi-monthly status reports regarding the status of the CDCR restrictions imposed due to COVID-19. (*Id.*, at 2.) The first status report was due on September 8, 2020. (*Id.*).

       To date, Petitioner has not yet filed a status report. Petitioner is **ORDERED TO SHOW CAUSE** no later than **October 30, 2020** why the Court should not dismiss this action without prejudice for failure to prosecute and failure to comply with Court orders. If Plaintiff files a status report on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

       **Petitioner's failure to timely comply with this Order to Show Cause will result in a recommendation that this action be dismissed without prejudice for failure to prosecute and failure to follow court orders.** *See* C.D. Cal. L.R. 41-1.

It is so ordered.