UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.: 5:18-cv-01057-MWF-MAA                               Date: October 26, 2021

Title:  Jonathan DeWitt McDowell v. W.L. Montgomery

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| James Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   **Order Regarding Petitioner's Opposition to Respondent's Motion to Dismiss Petitioner's First Amended Petition (ECF No. 50)**

On August 19, 2021, Respondent filed a Motion to Dismiss Petitioner's First Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("Motion"). (Mot., ECF No. 50.) Petitioner's Opposition to the Motion was due no later than thirty days after service of the Motion. (*See* ECF No. 45 at 3.) To date, Petitioner has not filed an Opposition.

Petitioner is **ORDERED TO SHOW CAUSE** by **November 26, 2021** why the Court should not recommend that the lawsuit be dismissed for failure to file an Opposition to the Motion, failure to comply with Court orders, and failure to prosecute. If Petitioner files an Opposition to the Motion on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

**Petitioner is advised that failure to file an Opposition to the Motion by November 26, 2021 may be construed as consent to the granting of the Motion and will result in a recommendation that the lawsuit be dismissed.** *See* **C.D. Cal. L.R. 7-12. Petitioner also is advised that failure to comply with this Order by November 26, 2021 will result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or failure to comply with Court orders.** *See* **C.D. Cal. L.R. 41-1.**

It is so ordered.