# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MCDOWELL,<br><br>Petitioner,<br><br>v.<br><br>WARDEN W.L. MONTGOMERY,<br><br>Respondent. | Case No. 5:18-cv-01057-MWF-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition and Dismissing Action Without Prejudice filed herewith,

IT IS ORDERED AND ADJUDGED that the Petition is DISMISSED and the action is DISMISSED without prejudice.

DATED: December 16, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE